*1544*

**FILED**

**SEP 2 3 2025**

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 2:25-cr-244 |
| ) | |
| v. ) | (18 U.S.C. §§ 1361, 111(a)(1) and (b)) |
| ) | |
| DONALD PHILLIP HENSON ) | |

# INDICTMENT

## COUNT ONE

The grand jury charges:

On or about the September, 17, 2025, in the Western District of Pennsylvania, the defendant, DONALD PHILLIP HENSON, willfully and by means of driving an automobile into the security gate at the Pittsburgh Field Office of the Federal Bureau of Investigation, did injure and commit a depredation, and did attempt to do so, against property of the United States and any department or agency thereof (namely, the Federal Bureau of Investigation), or property that had been manufactured and constructed for the United States and any department or agency thereof, specifically a security gate, and the resulting damage exceeded $1,000.

In violation of Title 18, United States Code, Section 1361.

## COUNT TWO

The grand jury further charges:

On or about September 17, 2025, in the Western District of Pennsylvania, the defendant, DONALD PHILLIP HENSON, with the intent to commit another felony (that is, a violation of Title 18, United States Code, Section 1361), did use a deadly or dangerous weapon (his automobile) to intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit: a federal contractor who was assisting officers and employees of the Federal Bureau of Investigation in the performance of their official duties, while the contractor was engaged in or on account of that assistance.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A True Bill,

*[signature]*
FOREPERSON

*[signature]*
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

*[signature]*
NICOLE VASQUEZ SCHMITT
Assistant United States Attorney
PA ID No. 320316