**FILED**

SEP 2 3 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 2:25-cr-244 |
| DONALD PHILLIP HENSON | |

### INDICTMENT MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said District, and submits this Indictment Memorandum to the Court:

### I. THE INDICTMENT

A federal grand jury returned a two-count indictment against the above-named defendant for alleged violations of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| 1 | Damaging Government Property or Contracts<br>September 17, 2025 | 18 U.S.C. § 1361 |
| 2 | Assaulting, Resisting or Impeding Certain Officers or Employees<br>September 17, 2025 | 18 U.S.C. §§ 111(a)(1) and (b) |

## II. ELEMENTS OF THE OFFENSES

### A. As to Count 1:

In order for the crime of Damaging Government Property or Contracts, in violation of 18 U.S.C. § 1361, to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. The defendant injured or committed a depredation against property (or attempted to do so);

2. The property involved was property of the United States or of any department or agency thereof, or property that had been or was being manufactured or constructed for the United States, or for any department or agency thereof;

3. The defendant acted willfully; and

4. The damage or attempted damage to the property exceeded the sum of $1,000.

### B. As to Count 2:

In order for the crime of Assaulting, Resisting or Impeding Certain Officers or Employees, in violation of 18 U.S.C. §§ 111(a)(1) and (b), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. The defendant intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a person designated in section 1114 of Title 18, United States Code;

2. The defendant did so while the person designated in section 1114 was engaged in, or on account of the performance of official duties;

3. The defendant did so with the intent to commit another felony; and

4. The defendant used a deadly or dangerous weapon.

2

### III. PENALTIES

**A.   As to Count 1: Damaging Government Property or Contracts (18 U.S.C. § 1361):**

1. A term of imprisonment of not more than ten (10) years;
2. A fine of not more than $250,000; and
3. A term of supervised release of not more than three (3) years.

**B.   As to Count 2: Assaulting, Resisting or Impeding Certain Officers or Employees (18 U.S.C. §§ 111(a)(1) and (b)):**

1. A term of imprisonment of not more than twenty (20) years.
2. A fine of not more than $250,000; and
3. A term of supervised release of not more than three (3) years.

### IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

### V. RESTITUTION

Restitution may be required in this case, together with any authorized penalty, as part of the defendant's sentence pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664.

### VI. FORFEITURE

Not applicable in this case.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

*s/Nicole Vasquez Schmitt*
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
PA ID No. 320316